UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA AND WASHINGTON, THE DISTRICT OF COLUMBIA, THE COUNTY OF ALLEGHENY AND THE CITIES OF CHICAGO, NEW YORK AND PHILADELPHIA, ex rel. DOES 1-2,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC., AMERISOURCEBERGEN and BESSE MEDICAL,<br><br>Defendants. | No. 1:20-cv-11401-PBS<br><br>FILED UNDER SEAL |

SEALED

## ORDER

The Plaintiff States[1] of Colorado, Georgia, Michigan, North Carolina, Texas, and Washington (the "Intervening States") having elected to intervene in part and decline to intervene in part in this action, and the Plaintiff States of Connecticut; Delaware; Hawaii; Illinois; Indiana; Louisiana; Massachusetts; Minnesota; Montana; Nevada; New Hampshire; New Jersey; New

---

[1] The term "States" includes the 50 states, however denominated, and the District of Columbia.

Mexico; Oklahoma; Rhode Island; Vermont; Virginia; and the District of Columbia (the "Declining States") having declined to intervene,

IT IS HEREBY ORDERED that,

1. The Intervening States may file their consolidated Complaint in Partial Intervention by June 25, 2024;

2. As to the parts of the actions in which the Plaintiff States have declined to intervene at this time, henceforth, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

3. The parties shall serve all notices of appeal upon the Plaintiff States;

4. Copies of all Orders entered by this Court in this case shall be sent to the Plaintiff States;

5. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit written consent of the Plaintiff States before ruling or granting its approval; and

6. This matter remains sealed until such time as the United States files a complaint in intervention and notice to unseal, at which time the relators' Complaint, the relators' First Amended Complaint, the Plaintiff States' Notice dated November 28, 2023, the Plaintiff States' Notice dated March 28, 2024, and the attached proposed Order shall be unsealed.

SO ORDERED this ____ day of April, 2024.

UNITED STATES DISTRICT JUDGE