UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS,<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | No. 20-cv-11401-PBS |

### UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO TEMPORARILY REPLACE ITS COMPLAINT IN INTERVENTION WITH A REDACTED VERSION

Pursuant to Local Rule 7.2, the United States respectfully submits the following Assented-to Motion for Leave to Temporarily Replace Its Complaint in Intervention With a Redacted Version. On March 28, 2024, the United States filed its Complaint in Intervention ("Complaint") against Regeneron Pharmaceuticals, Inc. ("Regeneron"), ECF No. 58. Counsel for Regeneron subsequently notified the government that it believes the Complaint contains references to confidential or sensitive business information and requested that the United States take steps to redact or seal the Complaint. Regeneron's counsel has proposed redactions to the Complaint to address this concern, which are attached as Exhibit 1. Accordingly, but without yet taking any position on Regeneron's proposed redactions, the government respectfully requests leave to temporarily replace its Complaint with the redacted version attached as Exhibit 1, to remain on the docket for a period of three weeks, until April 19, 2024, at the expiration of which Regeneron may file a motion to permanently redact these references or, if not, the Court may unseal the Complaint in full. Regeneron, through counsel, assents to this Motion.

4/8/24

Allowed

*[signature]*