UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>Plaintiffs,<br>v.<br><br>REGENERON PHARMACEUTICALS, INC.<br><br>Defendant. | No. 20-cv-11401-PBS |

## [PROPOSED] ORDER

Upon consideration of the United States' Assented-to Motion for Leave to Temporarily Replace Its Complaint in Intervention With a Redacted Version, and for good cause shown, it is

**ORDERED** that ECF No. 58 shall be replaced with Exhibit 1 to this Motion until April 19, 2024, at which time it shall be replaced with the unredacted version unless counsel for Regeneron Pharmaceuticals, Inc. has filed a motion to permanently impose the redactions contained in Exhibit 1.

Dated: 4/8/24

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE