UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* ) <br> *ex rel.* JULIANNE NUNNELLY and ) <br> and MATTHEW SHANKS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REGENERON ) <br> PHARMACERUTICALS, INC. ) <br> ) <br> Defendant. ) | DOCKET NO: 1:20-cv-11401-PBS |

**BESSE MEDICAL'S UNOPPOSED MOTION TO SEAL PORTIONS OF EXHIBIT TO GOVERNMENT'S COMPLAINT**

Pursuant to Local Rule 7.2, third parties Cencora, Inc. ("Cencora")[1] and Besse Medical respectfully submit this Motion to Seal Portions of an Exhibit to the Government's Intervenor Complaint. The government does not oppose the relief sought herein.

1. On March 28, 2024, the government filed an intervenor complaint (the "Complaint") naming Regeneron Pharmaceuticals, Inc. ("Regeneron") as a defendant. ECF No. 58. Cencora's predecessor AmerisourceBergen and Besse Medical are third parties to this action.

2. The Complaint included 52 exhibits. Of the documents currently available on the public docket, three of these exhibits appear to be Besse Medical documents. Cencora and Besse Medical have reviewed these exhibits and seek to redact select portions of just one.

---

[1] In 2023, AmerisourceBergen changed its name to Cencora. Besse Medical is a wholly-owned subsidiary of Cencora.

5/17/24
Denied. The document is dated 2013 and a review of the document does not show it is still confidential