# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* JULIANNE NUNNELLY <br> and MATTHEW SHANKS, <br><br> Plaintiffs, <br> v. <br><br> REGENERON PHARMACEUTICALS, INC., <br><br> Defendant. | No. 20-cv-11401-PBS |

## NOTICE REGARDING ECF NO. 107

At the Status Hearing held on May 22, 2024, the Court proposed the removal of the exhibits to the United States' Complaint in Intervention (ECF No. 58) from the docket, with the understanding that those exhibits may be incorporated and referenced for purposes of briefing defendant Regeneron Pharmaceuticals, Inc.'s forthcoming motion to dismiss and as part of any responsive briefing by either party. *See* ECF No. 107. The United States hereby notifies the Court that the parties agree to the removal of the exhibits from the docket with that understanding.

5/31/24
Approved.
Patti B Saris