**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS, <br><br> Plaintiffs, <br> v. <br><br> REGENERON PHARMACEUTICALS, INC., AMERISOURCEBERGEN CORPORATION, and BESSE MEDICAL, <br><br> Defendants. | No. 20-cv-11401-PBS |

**UNITED STATES' NOTICE OF**
**SETTLEMENT WITH BESSE MEDICAL**

The United States hereby notifies the Court that the United States, ASD Specialty Healthcare, LLC d/b/a Besse Medical, and the relators executed a settlement agreement effective December 13, 2024 ("Settlement Agreement"), which resolves this False Claims Act action as to the allegations against Defendants Besse Medical and AmerisourceBergen Corporation (collectively, "Besse"). The parties will promptly file a joint notice of dismissal as to the these defendants once Besse has made the settlement payment required by the Settlement Agreement.

Dated: December 13, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General


JAMIE A. YAVELBERG
NATALIE WAITES
DOUGLAS J. ROSENTHAL
SAMUEL R. LEHMAN
Attorneys, Civil Division
United States Department of Justice
175 N St. NE, Room 10.811
Washington, DC 20002
Phone: (202) 305-2073
douglas.j.rosenthal@usdoj.gov
samuel.r.lehman@usdoj.gov

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney


*/s/ Lindsey Ross*
DIANE C. SEOL
LINDSEY ROSS
Assistant United States Attorneys
1 Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3100
diane.seol@usdoj.gov
lindsey.ross@usdoj.gov