# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | No. 20-cv-11401-PBS |

## JOINT STATUS REPORT

The parties jointly submit this status report concerning the status of the protective order. On May 27, 2025, the parties filed their Joint Statement containing their proposed discovery and briefing schedule. ECF No. 177. In the Joint Statement, the parties proposed that the protective order would be finalized by June 13, 2025. While the parties await the Court's scheduling order, the parties are treating June 13, 2025 as the operative deadline. Accordingly, the parties are respectfully notifying the Court that although substantial progress has been made, the parties require additional time to finalize the protective order. The parties anticipate being able to finalize the protective order without the need for judicial intervention and will do so no later than next Wednesday, June 18, 2025.

Dated: June 13, 2025                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH FOLEY                                          REGENERON PHARMACEUTICALS, INC.
United States Attorney                              By its attorneys,

*/s/ Lindsey Ross*                                  */s/ Gregory F. Noonan*
DIANE C. SEOL                                       Gregory F. Noonan (BBO No. 651035)
LINDSEY ROSS                                        Katherine B. Wellington (BBO No. 688577)
Assistant United States Attorneys                   HOGAN LOVELLS US LLP
1 Courthouse Way, Ste. 9200                         125 High Street, Suite 2010
Boston, MA 02210                                    Boston, MA 02110
Phone: (617) 748-3100                               (617) 371-1000
diane.seol@usdoj.gov                                gregory.noonan@hoganlovells.com
lindsey.ross@usdoj.gov                              katherine.wellington@hoganlovells.com

JAMIE A. YAVELBERG                                  Gejaa T. Gobena (admitted *pro hac vice*)
NATALIE WAITES                                      Mitchell J. Lazris (admitted *pro hac vice*)
DOUGLAS J. ROSENTHAL                                Emily M. Lyons (admitted *pro hac vice*)
SAMUEL R. LEHMAN                                    HOGAN LOVELLS US LLP
Attorneys, Civil Division                           555 Thirteenth St. NW
United States Department of Justice                 Washington, D.C. 20004
175 N St. NE, Room 10.811                           (202) 637-5600
Washington, DC 20002                                gejaa.gobena@hoganlovells.com
Phone: (202) 305-2073                               mitch.lazris@hoganlovells.com
douglas.j.rosenthal@usdoj.gov                       emily.lyons@hoganlovells.com
samuel.r.lehman@usdoj.gov

| | |
|---|---|
| **THE STATE OF COLORADO**<br>PHIL WEISER<br>Attorney General<br><br>*/s/ Hannah L. Perng*<br>Hannah L. Perng (admitted *pro hac vice*)<br>Colorado State Bar No. 23PPA1064<br>Assistant Attorney General<br>Office of the Attorney General/MFCU<br>1300 Broadway, 9th Floor<br>Denver, CO 80203<br>Tel: (720) 508-6686<br>Fax: (720) 508-6034<br>hannah.perng@coag.gov<br>*Counsel for the State of Colorado*<br><br>**THE STATE OF MICHIGAN**<br>DANA NESSEL<br>Attorney General<br><br>*/s/ Deshawn Madha*<br>Deshawn Madha (admitted pro hac vice)<br>Michigan State Bar No. P84983<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health Care Fraud Division<br>P.O. Box 30218<br>Lansing, MI 48909<br>Tel: (517) 241-6500<br>Email:  madhad@michigan.gov | **THE STATE OF GEORGIA**<br>CHRISTOPHER M. CARR<br>ATTORNEY GENERAL<br><br>*/s/ James C. Champlin IV*<br>James C. Champlin IV (admitted pro hac vice)<br>ASSISTANT ATTORNEY GENERAL<br>Georgia Bar No. 853410<br>Georgia Department of Law<br>600 West Peachtree Street, NW<br>20th Floor<br>Atlanta, GA 30308<br>Tel: 404-458-3881<br>Fax: 943-200-4295<br>Email: jchamplin@law.ga.gov<br><br>**THE STATE OF NORTH CAROLINA**<br>JEFF JACKSON<br>North Carolina Attorney General<br><br>*/s/ Lareena Jones-Phillips*<br>Lareena Jones-Phillips (admitted pro hac vice)<br>Special Deputy Attorney General<br>NC State Bar No. 36859<br>North Carolina Department of Justice<br>Medicaid Investigations Division<br>5505 Creedmoor Rd, Suite 300<br>Raleigh, NC 27612<br>Tel:  984-344-3007<br>Email:  LPhillips@ncdoj.gov |

| | |
|---|---|
| **THE STATE OF TEXAS** | **THE STATE OF WASHINGTON** |
| KEN PAXTON | NICHOLAS W. BROWN |
| Attorney General of Texas | Washington Attorney General |
| BRENT WEBSTER | |
| First Assistant Attorney General | */s/ Ferdinand J. Lugo Ortiz* |
| RALPH MOLINA | FERDINAND J. LUGO ORTIZ |
| Deputy First Assistant Attorney General | (admitted pro hac vice) |
| AUSTIN KINGHORN | WSBA #56806 |
| Deputy Attorney General for Civil Litigation | Assistant Attorney General |
| AMY SNOW HILTON | Ferdinand.lugoortiz@atg.wa.gov |
| Chief, Healthcare Program Enforcement Division | |
| | */s/ Larissa U. Payne* |
| */s/ Jessica L. Weltge* | LARISSA U. PAYNE (admitted pro hac vice) |
| Jessica L. Weltge (admitted pro hac vice) | WSBA #31461 |
| Assistant Attorney General | Director/Division Chief |
| Texas State Bar No. 24118585 | Larissa.Payne@atg.wa.gov |
| Jessica.Weltge@oag.texas.gov | |
| | */s/ Matthew T. Kuehn* |
| */s/ Lynne Kurtz-Citrin* | MATTHEW T. KUEHN (admitted pro hac vice) |
| Lynne Kurtz-Citrin (admitted *pro hac vice*) | WSBA #30419 |
| Texas State Bar No. 24081425 | Managing Assistant Attorney General |
| Lynne.Kurtz-Citrin@oag.texas.gov | Matthew.Kuehn@atg.wa.gov |
| Office of the Attorney General of Texas | Washington State Attorney General's Office |
| Healthcare Program Enforcement Division | Medicaid Fraud Control Division |
| P.O. Box 12548, Capitol Station | P.O. Box 40114 |
| Austin, Texas 78711-2548 | Olympia, WA 98504 |
| | (360) 586-8888 |
| ATTORNEYS FOR THE STATE OF TEXAS | |