UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>  Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>  Defendant. | No. 20-cv-11401-PBS |

## JOINT STATEMENT

In accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, and per this Court's June 16, 2025 order, ECF No. 200, the parties submit this revised Joint Statement and proposed schedule. Five additional states recently intervened in this case, *see* ECF Nos. 190, 202, and 203, and the parties have taken that into account when proposing the following Joint Statement and proposed schedule:

1. Discovery limits: The parties propose that each side shall be permitted to serve 30 interrogatories and 30 requests for admission and to take 30 depositions without further leave of court.

2. Local Rule 16.1(d)(3) Certifications: The parties, with the exception of the recently intervened States of Maine, Nebraska, Ohio, Wyoming, and Oregon, have separately filed their Local Rule 16.1(d)(3) certifications.

3. Trial by Magistrate Judge: At this time, the parties do not consent to trial by Magistrate Judge.

4. Proposed Schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | May 27, 2025 |
| Protective Order | June 18, 2025 |
| Deadline to Disclose Advice of Counsel Defense | July 15, 2025 |
| Fact Discovery, including Non-Expert Witness Depositions | August 12, 2026 |
| Expert Witness Disclosures | October 12, 2026 |
| Rebuttal to Expert Witness Disclosures | December 14, 2026 |
| Expert Discovery | February 1, 2027 |
| Dispositive and Daubert Motions | April 1, 2027 |
| Oppositions to Dispositive and Daubert Motions | May 1, 2027 |
| Replies in Support of Dispositive and Daubert Motions | June 1, 2027 |
| Surreplies in Support of Oppositions to Dispositive and Daubert Motions | July 1, 2027 |
| Final Pretrial Conference | 1 week before trial |

| | |
|---|---|
| June 19, 2025 | Respectfully submitted, |
| | |
| BRETT A. SHUMATE<br>Assistant Attorney General | REGENERON PHARMACEUTICALS, INC.<br>By its attorneys, |
| | |
| LEAH FOLEY<br>United States Attorney | */s/ Gregory F. Noonan*<br>Gregory F. Noonan (BBO No. 651035)<br>Katherine B. Wellington (BBO No. 688577) |
| */s/ Lindsey Ross*<br>DIANE C. SEOL<br>LINDSEY ROSS<br>Assistant United States Attorneys<br>1 Courthouse Way, Ste. 9200<br>Boston, MA 02210<br>Phone: (617) 748-3100<br>diane.seol@usdoj.gov<br>lindsey.ross@usdoj.gov | HOGAN LOVELLS US LLP<br>125 High Street, Suite 2010<br>Boston, MA 02110<br>(617) 371-1000<br>gregory.noonan@hoganlovells.com<br>katherine.wellington@hoganlovells.com<br><br>Gejaa T. Gobena (admitted *pro hac vice*)<br>Mitchell J. Lazris (admitted *pro hac vice*)<br>Emily M. Lyons (admitted *pro hac vice*) |
| JAMIE A. YAVELBERG<br>NATALIE WAITES<br>DOUGLAS J. ROSENTHAL<br>SAMUEL R. LEHMAN<br>Attorneys, Civil Division<br>United States Department of Justice<br>175 N St. NE, Room 10.811<br>Washington, DC 20002<br>Phone: (202) 305-2073<br>douglas.j.rosenthal@usdoj.gov<br>samuel.r.lehman@usdoj.gov | HOGAN LOVELLS US LLP<br>555 Thirteenth St. NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>gejaa.gobena@hoganlovells.com<br>mitch.lazris@hoganlovells.com<br>emily.lyons@hoganlovells.com |

| | |
|---|---|
| **THE STATE OF COLORADO**<br>PHIL WEISER<br>Attorney General<br><br>*/s/ Hannah L. Perng*_____<br>Hannah L. Perng (admitted *pro hac vice*)<br>Colorado State Bar No. 23PPA1064<br>Assistant Attorney General<br>Office of the Attorney General/MFCU<br>1300 Broadway, 9th Floor<br>Denver, CO 80203<br>Tel: (720) 508-6686<br>Fax: (720) 508-6034<br>hannah.perng@coag.gov<br>*Counsel for the State of Colorado*<br><br>**THE STATE OF MICHIGAN**<br>DANA NESSEL<br>Attorney General<br><br>*/s/ Deshawn Madha*_____<br>Deshawn Madha (admitted pro hac vice)<br>Michigan State Bar No. P84983<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health Care Fraud Division<br>P.O. Box 30218<br>Lansing, MI 48909<br>Tel: (517) 241-6500<br>Email:  madhad@michigan.gov | **THE STATE OF GEORGIA**<br>CHRISTOPHER M. CARR<br>ATTORNEY GENERAL<br><br>*/s/ James C. Champlin IV*_____<br>James C. Champlin IV (admitted pro hac vice)<br>ASSISTANT ATTORNEY GENERAL<br>Georgia Bar No. 853410<br>Georgia Department of Law<br>600 West Peachtree Street, NW<br>20th Floor<br>Atlanta, GA 30308<br>Tel: 404-458-3881<br>Fax: 943-200-4295<br>Email: jchamplin@law.ga.gov<br><br>**THE STATE OF NORTH CAROLINA**<br>JEFF JACKSON<br>North Carolina Attorney General<br><br>*/s/ Lareena Jones-Phillips*_____<br>Lareena Jones-Phillips (admitted pro hac vice)<br>Special Deputy Attorney General<br>NC State Bar No. 36859<br>North Carolina Department of Justice<br>Medicaid Investigations Division<br>5505 Creedmoor Rd, Suite 300<br>Raleigh, NC 27612<br>Tel:  984-344-3007<br>Email:  LPhillips@ncdoj.gov |

**THE STATE OF TEXAS**
KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

*/s/ Jessica L. Weltge*_____
Jessica L. Weltge (admitted pro hac vice)
Assistant Attorney General
Texas State Bar No. 24118585
Jessica.Weltge@oag.texas.gov

*/s/ Lynne Kurtz-Citrin*_____
Lynne Kurtz-Citrin (admitted *pro hac vice*)
Texas State Bar No. 24081425
Lynne.Kurtz-Citrin@oag.texas.gov

Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

ATTORNEYS FOR THE STATE OF TEXAS

**THE STATE OF MAINE**
AARON FREY
Attorney General

*/s/ John P. Burke, Jr.*_____
John P. Burke, Jr. (admitted pro hac vice)
Maine State Bar No. 008425
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, Maine 04333-0006
Phone: (207) 626-8896
Fax: (207) 287-3120
john.burke@maine.gov

**THE STATE OF WASHINGTON**
NICHOLAS W. BROWN
Washington Attorney General

*/s/ Ferdinand J. Lugo Ortiz*_____
FERDINAND J. LUGO ORTIZ
(admitted pro hac vice)
WSBA #56806
Assistant Attorney General
Ferdinand.lugoortiz@atg.wa.gov

*/s/ Larissa U. Payne*_____
LARISSA U. PAYNE (admitted pro hac vice)
WSBA #31461
Director/Division Chief
Larissa.Payne@atg.wa.gov

*/s/ Matthew T. Kuehn*_____
MATTHEW T. KUEHN (admitted pro hac vice)
WSBA #30419
Managing Assistant Attorney General
Matthew.Kuehn@atg.wa.gov

Washington State Attorney General's Office
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504
(360) 586-8888

**THE STATE OF NEBRASKA**
MICHAEL T. HILGERS
Attorney General

*/s/ D. Mark Collins*_____
D. Mark Collins (admitted pro hac vice)
Nebraska State Bar No. 22835
Katherine O'Brien (admitted pro hac vice)
Nebraska State Bar No. 25993
Office of the Nebraska Attorney

5

**THE STATE OF OHIO**
DAVE YOST
Attorney General

_____
Susan R. Schultz (admitted pro hac vice)
Ohio State Bar No. 0082537
Sean R. Mackin (admitted pro hac vice)
Ohio State Bar No. 103144
Assistant Attorneys General
Office of the Ohio Attorney General
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Tel: (614) 466-0722
Fax: (877) 816-0526
Susan.Schultz@OhioAGO.gov
Sean.Mackin@OhioAGO.gov

**THE STATE OF OREGON**
DAN RAYFIELD
Attorney General

*/s/ John C. Rothermich*_____
John C. Rothermich (admitted pro hac vice)
Oregon State Bar No.071685
Senior Assistant Attorney General
Oregon Department of Justice – Medicaid Fraud Unit
100 SW Market St.
Portland, Oregon 97201
Tel: (971) 673-1880
Fax: (971) 673-1890
John.C.Rothermich@doj.oregon.gov

General 2115 State Capitol Lincoln, NE 68509-8920 Tel: (402) 471-2683 Fax: (402) 471-4725
mark.collins@nebraska.gov
katherine.obrien@nebraska.gov

**THE STATE OF WYOMING**
RYAN SCHELHAAS
Interim Attorney General

/s/ _*Travis J. Kirchhefer*_____
Travis J. Kirchhefer, (admitted pro hoc vice)
Wyoming State Bar No. 6-4279
Sr. Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Wyoming Attorney General
109 State Capitol, Cheyenne, WY 82002
Phone: (307) 777-3444
Fax: (307) 777-5094
travis.kirchhefer@wyo.gov