**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS

Plaintiffs,

v.

REGENERON PHARMACEUTICALS, INC.,

Defendant.

No. 20-cv-11401-PBS

**JOINT STATEMENT REGARDING REVISED PROPOSED SCHEDULE**

In accordance with the United States' October 14, 2025 unopposed motion for a stay, ECF No. 252, and the Court's October 15, 2025 order, ECF No. 257, the parties submit this revised proposed schedule, now that appropriations for the Department of Justice and the Department of Health & Human Services have been restored. The lapse in appropriations lasted for 43 days from October 1, 2025, through November 12, 2025, and that amount of time has been incorporated into the proposed deadlines below.

| **Event** | **Original Deadline (ECF No. 205)** | **Proposed Deadline** |
|---|---|---|
| Deadline to Designate Previously Produced Information under Paragraph 6.b of the Protective Order | October 23, 2025 | December 5, 2025 |
| Fact Discovery, including Non-Expert Witness Depositions | August 12, 2026 | September 24, 2026 |
| Expert Witness Disclosures | October 12, 2026 | November 24, 2026 |
| Rebuttal to Expert Witness Disclosures | December 14, 2026 | January 26, 2027 |
| Expert Discovery | February 1, 2027 | March 16, 2027 |

| | | |
|---|---|---|
| Dispositive and Daubert Motions | April 1, 2027 | May 14, 2027 |
| Oppositions to Dispositive and Daubert Motions | May 1, 2027 | June 14, 2027 |
| Replies in Support of Dispositive and Daubert Motions | June 1, 2027 | July 14, 2027 |
| Sur-replies in Support of Oppositions to Dispositive and Daubert Motions | July 1, 2027 | August 13, 2027 |
| Final Pretrial Conference | 1 week before trial | 1 week before trial |

November 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH FOLEY
United States Attorney

/s/ Diane C. Seol
DIANE C. SEOL
LINDSEY ROSS
Assistant United States Attorneys
1 Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3100
diane.seol@usdoj.gov
lindsey.ross@usdoj.gov

JAMIE A. YAVELBERG
NATALIE WAITES
DOUGLAS J. ROSENTHAL
KATHERINE J. DROOYAN
YIFAN WANG
Attorneys, Civil Division
United States Department of Justice
175 N St. NE, Room 10.811
Washington, DC 20002
Phone: (202) 305-2073
douglas.j.rosenthal@usdoj.gov
samuel.r.lehman@usdoj.gov

REGENERON PHARMACEUTICALS, INC.
By its attorneys,

*/s/ Gregory F. Noonan*
Gregory F. Noonan (BBO No. 651035)
Katherine B. Wellington (BBO No. 688577)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
gregory.noonan@hoganlovells.com
katherine.wellington@hoganlovells.com

Gejaa T. Gobena (admitted *pro hac vice*)
Mitchell J. Lazris (admitted *pro hac vice*)
Emily M. Lyons (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth St. NW
Washington, D.C. 20004
(202) 637-5600
gejaa.gobena@hoganlovells.com
mitch.lazris@hoganlovells.com
emily.lyons@hoganlovells.com

**THE STATE OF MAINE**

AARON FREY
Attorney General

*/s/ John P. Burke*
John P. Burke, Jr. (admitted pro hac vice)
Maine State Bar No. 008425
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, Maine 04333-0006
Phone: (207) 626-8896

**THE STATE OF MICHIGAN**
DANA NESSEL
Attorney General

*/s/ Deshawn Madha*
Deshawn Madha (admitted *pro hac vice*)
Michigan State Bar No. P84983
Assistant Attorney General
Michigan Department of Attorney General
Health Care Fraud Division
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500

Fax: (207) 287-3120
john.burke@maine.gov

**THE STATE OF NEBRASKA**

MICHAEL T. HILGERS
Attorney General

*/s/ D. Mark Collins*
D. Mark Collins (admitted *pro hac vice*)
Nebraska State Bar No. 22835
Katherine O'Brien (admitted *pro hac vice*)
Nebraska State Bar No. 25993
Office of the Nebraska Attorney General
1445 K Street, Room 2115
Lincoln, NE 68508
Tel: (402) 471-2683
Fax: (402) 471-4725
mark.collins@nebraska.gov
katherine.obrien@nebraska.gov

**THE STATE OF OHIO**

DAVE YOST
Attorney General

*/s/ Susan R. Schultz*
Susan R. Schultz (admitted *pro hac vice*)
Ohio State Bar No. 0082537
Assistant Attorneys General
Office of the Ohio Attorney General
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Tel: (614) 466-0722
Fax: (877) 816-0526
Susan.Schultz@OhioAGO.gov

**THE STATE OF OREGON**

DAN RAYFIELD
Attorney General

*/s/ John C. Rothermich*
John C. Rothermich (admitted *pro hac vice*)

Email: madhad@michigan.gov

**THE STATE OF GEORGIA**
CHRISTOPHER M. CARR
ATTORNEY GENERAL

*/s/ James C. Champlin IV*
James C. Champlin IV (admitted *pro hac vice*)
ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 853410
Georgia Department of Law
600 West Peachtree Street, NW
20th Floor
Atlanta, GA 30308
Tel: 404-458-3881
Fax: 943-200-4295
Email: jchamplin@law.ga.gov

**THE STATE OF NORTH CAROLINA**

JEFF JACKSON
North Carolina Attorney General

*/s/ Lareena Jones-Phillips*
Lareena Jones-Phillips (admitted *pro hac vice*)
Special Deputy Attorney General
NC State Bar No. 36859
North Carolina Department of Justice
Medicaid Investigations Division
5505 Creedmoor Rd, Suite 300
Raleigh, NC 27612
Tel: 984-344-3007
Email: LPhillips@ncdoj.gov

**THE STATE OF TEXAS**
KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

Oregon State Bar No.071685
Senior Assistant Attorney General
Oregon Department of Justice – Medicaid Fraud Unit
100 SW Market St.
Portland, Oregon 97201
Tel: (971) 673-1880
Fax: (971) 673-1890
John.C.Rothermich@doj.oregon.gov

**THE STATE OF WYOMING**

KEITH G. KAUTZ
Attorney General

/s/ Travis J. Kirchhefer
Travis J. Kirchhefer, (admitted pro hoc vice)
Wyoming State Bar No. 6-4279
Sr. Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Wyoming Attorney General
109 State Capitol, Cheyenne, WY 82002
Phone: (307) 777-3444
Fax: (307) 777-5094
travis.kirchhefer@wyo.gov

**THE STATE OF COLORADO**
PHIL WEISER
Attorney General

/s/ Matt Miller
Matt Miller (admitted *pro hac vice*)
Colorado State Bar No. 59888
Assistant Attorney General
Office of the Attorney General/MFCU
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6620
Fax: (720) 508-6034
Matt.Miller@coag.gov
*Counsel for the State of Colorado*

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

/s/ Lynne Kurtz-Citrin
Lynne Kurtz-Citrin (admitted *pro hac vice*)
Texas State Bar No. 24081425
Lynne.Kurtz-Citrin@oag.texas.gov
(512) 936-1772 (Direct Dial)

Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Attorneys for the State of Texas

**THE STATE OF WASHINGTON**

NICHOLAS W. BROWN
Washington Attorney General

/s/ Ferdinand J. Lugo Ortiz
FERDINAND J. LUGO ORTIZ (admitted *pro hac vice)*
WSBA #56806
Assistant Attorney General
Ferdinand.lugoortiz@atg.wa.gov

/s/ Larissa U. Payne
LARISSA U. PAYNE, WSBA #31461 (admitted *pro hac vice)* Director/Division Chief
Larissa.Payne@atg.wa.gov

/s/ Matthew T. Kuehn
MATTHEW T. KUEHN, WSBA #30419 (admitted *pro hac vice)*
Managing Assistant Attorney General
Matthew.Kuehn@atg.wa.gov
Washington State Attorney General's Office
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504
(360) 586-8888