# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>           Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>           Defendant. | No. 20-cv-11401-PBS |

## JOINT STATEMENT REGARDING REVISED PROPOSED SCHEDULE

In accordance with the United States' October 14, 2025 unopposed motion for a stay, ECF No. 252, and the Court's October 15, 2025 order, ECF No. 257, the parties submit this revised proposed schedule, now that appropriations for the Department of Justice and the Department of Health & Human Services have been restored. The lapse in appropriations lasted for 43 days from October 1, 2025, through November 12, 2025, and that amount of time has been incorporated into the proposed deadlines below.

| Event | Original Deadline (ECF No. 205) | Proposed Deadline |
|---|---|---|
| Deadline to Designate Previously Produced Information under Paragraph 6.b of the Protective Order | October 23, 2025 | December 5, 2025 |
| Fact Discovery, including Non-Expert Witness Depositions | August 12, 2026 | September 24, 2026 |
| Expert Witness Disclosures | October 12, 2026 | November 24, 2026 |
| Rebuttal to Expert Witness Disclosures | December 14, 2026 | January 26, 2027 |
| Expert Discovery | February 1, 2027 | March 16, 2027 |

11/25/27
Approved
Saw BSps