UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>Plaintiffs,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | No. 20-cv-11401-PBS |

**JOINT STATUS REPORT**

Pursuant to the Court's December 5, 2025 order, *see* ECF No. 273, the United States, the Intervening States of Colorado, Georgia, Maine, Michigan, Nebraska, North Carolina, Ohio, Oregon, Texas, Washington, Wyoming, and Defendant Regeneron Pharmaceuticals, Inc. ("the Parties") submit this joint status report as to the possibility of mediation:

1. Relators filed this suit on July 28, 2020 pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729–33.  ECF No. 2.

2. The United States intervened on November 27, 2023, ECF No. 44, and filed its complaint on March 28, 2024.  ECF No. 58.  Six *Qui Tam* Intervening States intervened on March 28, 2024, ECF No. 55, and filed their complaint on June 25, 2024.  ECF No. 128.

3. Regeneron filed its Answers to the United States' and *Qui Tam* Intervening States' Complaints on May 27, 2025, ECF Nos. 178–179, and filed its Motion for Leave to Amend its Answers on August 14, 2025.  ECF No. 227.

4. Five Non-*Qui Tam* Intervening States filed their Complaint on June 18, 2025.  ECF No. 203.

5. Regeneron filed its Answer and Counterclaims to the Non-*Qui Tam* Intervening States' Complaint on July 23, 2025.  ECF No. 220.

6. The Non-*Qui Tam* Intervening States filed their Motion to Dismiss Regeneron's Counterclaims on August 27, 2025.  ECF No. 230.

7. At the hearing on the two above motions, the Court ordered the Parties to file a joint status report stating each party's interest in mediation.  ECF No. 273.

8. In light of the Court's order, the Parties have met and discussed potential mediation in this matter.  No Party believes that mediation in this matter would be fruitful at this time.

January 15, 2026                                                                  Respectfully submitted,

BRETT A. SHUMATE                                                       REGENERON
Assistant Attorney General                                              PHARMACEUTICALS, INC.

LEAH FOLEY                                                                    By its attorneys,
United States Attorney

/s/ Gregory F. Noonan
/s/ Lindsey Ross                                                               Gregory F. Noonan (BBO No. 651035)
LINDSEY ROSS                                                                Katherine B. Wellington (BBO No.
Assistant United States Attorney                                      688577)
1 Courthouse Way, Ste. 9200                                          HOGAN LOVELLS US LLP
Boston, MA 02210                                                           125 High Street, Suite 2010
Phone: (617) 748-3100                                                    Boston, MA 02110
lindsey.ross@usdoj.gov                                                  (617) 371-1000
                                                                                        gregory.noonan@hoganlovells.com
JAMIE A. YAVELBERG                                                     katherine.wellington@hoganlovells.com
NATALIE WAITES
DOUGLAS J. ROSENTHAL                                               Gejaa T. Gobena (admitted *pro hac*
KATHERINE J. DROOYAN                                                *vice*)
YIFAN WANG                                                                  Mitchell J. Lazris (admitted *pro hac*
Attorneys, Civil Division                                                   *vice*)
United States Department of Justice                               Emily M. Lyons (admitted *pro hac vice*)
175 N St. NE, Room 10.811                                            HOGAN LOVELLS US LLP

2

| | |
|---|---|
| Washington, DC 20002<br>Phone: (202) 305-2073<br>douglas.j.rosenthal@usdoj.gov<br>katherine.drooyan@usdoj.gov<br>yifan.wang@usdoj.gov | 555 Thirteenth St. NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>gejaa.gobena@hoganlovells.com<br>mitch.lazris@hoganlovells.com<br>emily.lyons@hoganlovells.com<br><br>Andrew V. Trask (admitted *pro hac vice*)<br>Enu A. Mainigi (admitted *pro hac vice*)<br>Ellen E. Oberwetter (admitted *pro hac vice*)<br>Jennifer G. Wicht (admitted *pro hac vice*)<br>Miranda Petersen (admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Ave. SW<br>Washington, D.C. 20024<br>(202) 434-5000<br>atrask@wc.com<br>emainigi@wc.com<br>eoberwetter@wc.com<br>jwicht@wc.com<br>mpetersen@wc.com |
| **THE STATE OF COLORADO**<br>PHIL WEISER<br>Attorney General<br><br>*/s/ Hannah L. Perng*<br>Hannah L. Perng (admitted *pro hac vice*)<br>Colorado State Bar No. 23PPA1064<br>Assistant Attorney General<br>Office of the Attorney General/MFCU<br>1300 Broadway, 9th Floor<br>Denver, CO 80203<br>Tel: (720) 508-6686<br>Fax: (720) 508-6034<br>hannah.perng@coag.gov<br>*Counsel for the State of Colorado* | **THE STATE OF GEORGIA**<br>CHRISTOPHER M. CARR<br>ATTORNEY GENERAL<br><br>*/s/ James C. Champlin IV*<br>James C. Champlin IV (admitted pro hac vice)<br>ASSISTANT ATTORNEY GENERAL<br>Georgia Bar No. 853410<br>Georgia Department of Law<br>600 West Peachtree Street, NW<br>20th Floor<br>Atlanta, GA 30308<br>Tel: 404-458-3881<br>Fax: 943-200-4295<br>Email: jchamplin@law.ga.gov |

| | |
|---|---|
| **THE STATE OF MICHIGAN**<br>DANA NESSEL<br>Attorney General<br><br>*/s/ Deshawn Madha*<br>Deshawn Madha (admitted pro hac vice)<br>Michigan State Bar No. P84983<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Health Care Fraud Division<br>P.O. Box 30218<br>Lansing, MI 48909<br>Tel: (517) 241-6500<br>Email: madhad@michigan.gov | **THE STATE OF NORTH CAROLINA**<br>JEFF JACKSON<br>North Carolina Attorney General<br><br>*/s/ Lareena Jones-Phillips*<br>Lareena Jones-Phillips (admitted pro hac vice)<br>Special Deputy Attorney General<br>NC State Bar No. 36859<br>North Carolina Department of Justice<br>Medicaid Investigations Division<br>5505 Creedmoor Rd, Suite 300<br>Raleigh, NC 27612<br>Tel: 984-344-3007<br>Email: LPhillips@ncdoj.gov |

**THE STATE OF TEXAS**
KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation
AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

*/s/ Jessica L. Weltge*
Jessica L. Weltge (admitted pro hac vice)
Assistant Attorney General
Texas State Bar No. 24118585
Jessica.Weltge@oag.texas.gov

*/s/ Lynne Kurtz-Citrin*
Lynne Kurtz-Citrin (admitted *pro hac vice*)
Texas State Bar No. 24081425
Lynne.Kurtz-Citrin@oag.texas.gov

Office of the Attorney General of Texas
Healthcare Program Enforcement Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

ATTORNEYS FOR THE STATE OF TEXAS

**THE STATE OF WASHINGTON**
NICHOLAS W. BROWN
Washington Attorney General

*/s/ Ferdinand J. Lugo Ortiz*
FERDINAND J. LUGO ORTIZ (admitted pro hac vice)
WSBA #56806
Assistant Attorney General
Ferdinand.lugoortiz@atg.wa.gov

*/s/ Larissa U. Payne*
LARISSA U. PAYNE (admitted pro hac vice)
WSBA #31461
Director/Division Chief
Larissa.Payne@atg.wa.gov

*/s/ Matthew T. Kuehn*
MATTHEW T. KUEHN (admitted pro hac vice)
WSBA #30419
Managing Assistant Attorney General
Matthew.Kuehn@atg.wa.gov

4

                                                 Washington State Attorney General's Office
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504
(360) 586-8888