# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS,<br><br>*Plaintiffs,*<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>*Defendant.* | Civil Action No. 20-cv-11401-PBS |

**DECLARATION OF RON HONIG, ESQ.**

I, Ron Honig, Esq. hereby declare as follows:

1. I am the Chief Legal Officer and Company Secretary for EyePoint, Inc. ("EyePoint"). The facts stated in this Declaration are true and based on my personal knowledge. I submit this Declaration is support of EyePoint's Motion to Quash the subpoena issued by Regeneron Pharmaceuticals, Inc. ("Regeneron") in connection with *United States et al. v. Regeneron Pharmaceuticals, Inc.*, 20-cv-11401 (D. Mass.), attached hereto as Attachment A, which EyePoint received on February 9, 2026 (the "Subpoena").

2. EyePoint is a small, clinical-stage biopharmaceutical company committed to developing innovative therapeutics to improve the lives of patients with serious retinal diseases. Most of EyePoint's approximately 220 employees are focused on operations, clinical trials, and research and development. Its administrative and legal staff is very limited.

3. EyePoint has never assisted with, advised on, or otherwise been involved with Regeneron's treatment of credit card processing fees or its calculation of its average sales price ("ASP"). EyePoint has no knowledge of Regeneron's practices with respect to credit card

processing fees, and no reason to believe that Regeneron would have knowledge of EyePoint's practices with respect to credit card processing fees.

4. EyePoint marketed DEXYCU®, a corticosteroid for post-operative inflammation of the eye until December 2021. EyePoint marketed YUTIQ®, a sustained-release implant designed to treat chronic non-infections uveitis (inflammation of the middle layer of the eye) until May 2023. Neither DEXYCU® nor YUTIQ® compete with Eylea.

5. After EyePoint sold the commercial rights to YUTIQ® in May 2023, it exited the commercial market and mostly dismantled its commercial arm, including laying off most of its commercial staff.

6. Since that time, EyePoint's resources have been focused on phase III clinical trials for a new product that has the potential to become a significant improvement in the treatment paradigm for two leading causes of blindness. These clinical trials have enrolled more than 1,000 patients, and will provide critical data and information about the product's safety and effectiveness in patients over the course of over a year of treatment and observation. The clinical trials are a necessary, long-term, and resource-intensive step in the process of getting the product approved by the Food and Drug Administration.

7. Given the broad scope and nature of the Subpoena, EyePoint estimates that responding to the Subpoena—at least in its current form—may require collecting and reviewing tens of thousands of documents.

8. There is no central, easily searchable location where the documents sought by the Subpoena would all be stored. My understanding is that many of these documents would have been organized in finance and accounting systems that EyePoint no longer uses, and/or in files and emails of people who are no longer with the company (most of whom left years ago after

EyePoint exited the commercial market). These factors would significantly compound the burdens on EyePoint from having to comply with the subpoena.

9. In light of EyePoint's very limited administrative and legal staff, as well as the small number of current employees with any knowledge of the issues involved in the Subpoena, the burden of compliance with the Subpoena would fall to me (Ron Honig, the Chief Legal Officer) and Philip Hoffstein, the Corporate Controller. Both Philip and I have significant responsibilities relating to EyePoint's ongoing clinical trial work, and our time is very limited. Complying with the Subpoena would be burdensome and costly, and would divert limited resources, people and time away from EyePoint's important medical research and product development.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March 2026, in Watertown, Massachusetts.

Ron Honig, Esq.