**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* JULIANNE NUNNELLY and
MATTHEW SHANKS,

Plaintiffs,

v.

REGENERON PHARMACEUTICALS, INC.,

Defendant.

No. 20-cv-11401-PBS

**UNITED STATES' MOTION TO COMPEL**
**PRODUCTION OF WITHHELD DOCUMENTS AND**
**INTERROGATORY RESPONSES, AND TO REQUIRE TESTIMONY**

Pursuant to Federal Rules of Civil Procedure 26 and Rule 37(a), the United States respectfully submits this Motion to Compel Production of Withheld Documents and Interrogatory Responses, and To Require Testimony. In support of the United States' Motion, the government submits the accompanying Memorandum of Law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the United States respectfully requests a hearing on its Motion to Compel. Given the important legal issues presented by this Motion, the United States submits that argument would be helpful to the Court in resolving the Motion.

Dated: August 12, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

*/s/ Lindsey Ross*
LINDSEY ROSS
Assistant United States Attorneys
1 Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3100
lindsey.ross@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

JAMIE A. YAVELBERG
NATALIE WAITES
DOUGLAS J. ROSENTHAL
DAVID M. FINKELSTEIN
KATHERINE J. DROOYAN
YIFAN WANG
PATRICK T. O'HARE
Attorneys, Civil Division
United States Department of Justice
175 N St. NE, Room 9.109
Washington, DC 20002
Phone: (202) 616-4311
katherine.drooyan@usdoj.gov
douglas.j.rosenthal@usdoj.gov
david.m.finkelstein@usdoj.gov
yifan.wang@usdoj.gov
patrick.o'hare@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I caused the foregoing document to be filed through the CM/ECF system, where it will be sent electronically to all counsel of record.

*/s/ Lindsey Ross*
Lindsey Ross