**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS,<br><br>Plaintiffs,<br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br>Defendant. | No. 20-cv-11401-PBS |

**DEFENDANT REGENERON PHARMACEUTICALS, INC.'S**
**NOTICE OF CORRECTED PROPOSED SCHEDULING ORDER**

Pursuant to the Court's order during the hearing on October 29, 2026, and the order entered October 30, 2026 (ECF No. 499), Regeneron submits the following corrected proposed scheduling order. A redline showing changes is attached as Exhibit A.

| Event | Current Deadline (ECF No. 388) | Proposed Deadline |
|---|---|---|
| Written Party Fact Discovery and Noticing Depositions | November 19, 2026 | November 19, 2026 |
| Remaining Fact Discovery, including Non-Expert Witness Depositions | November 19, 2026 | January 19, 2027 |
| Expert Witness Disclosures[1] | January 20, 2027 | March 22, 2027 |
| Rebuttal to Expert Witness Disclosures | March 24, 2027 | May 24, 2027 |
| Expert Discovery | May 11, 2027 | July 9, 2027 |
| Dispositive and Daubert Motions | July 13, 2027 | September 10, 2027 |

[1] The dates for expert discovery and summary judgment briefing are maintained in this proposed order. Nevertheless, Regeneron understands the Court's Order (ECF No. 499) to require the parties to inform the Court by November 19, 2026, regarding whether expert reports are needed before filing motions for summary judgment. Regeneron will so advise the Court by that date.

| | | |
|---|---|---|
| Opposition to Dispositive and Daubert Motions | August 13, 2027 | October 12, 2027 |
| Replies in Support of Dispositive and Daubert Motions | September 10, 2027 | November 12, 2027 |
| Sur-replies in Support of Oppositions to Dispositive and Daubert Motions | October 8, 2027 | December 10, 2027 |
| Final Pretrial Conference | 1 week before trial | 1 week before trial |

Dated: November 2, 2026

Respectfully submitted,

REGENERON PHARMACEUTICALS, INC.

By its attorneys,

/s/ *Jeffrey G. Ho*
Enu Mainigi (admitted *pro hac vice*)
Jennifer G. Wicht (admitted *pro hac vice*)
Ellen E. Oberwetter (admitted *pro hac vice*)
Andrew V. Trask (admitted *pro hac vice*)
Benjamin Hazelwood (admitted *pro hac vice*)
Miranda R. Petersen (admitted *pro hac vice*)
Jeffrey G. Ho (BBO No. 714047)
Joseph Catalanotto (admitted *pro hac vice*)
Nicole Ratelle (admitted *pro hac vice*)
Sarah S. Gallant (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com
jwicht@wc.com
eoberwetter@wc.com
atrask@wc.com
bhazelwood@wc.com
mpetersen@wc.com
jho@wc.com
jcatalanotto@wc.com
nratelle@wc.com
sgallant@wc.com

Paul D. Clement (admitted *pro hac vice*)
Matthew D. Rowen (admitted *pro hac vice*)
Kevin Wynosky (admitted *pro hac vice*)
CLEMENT & MURPHY, PPLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
matthew.rowen@clementmurphy.com
kevin.wynosky@clementmurphy.com

Elizabeth C. Pignatelli (BBO # 677923)
Sara E. Silva (BBO #645293)
SILVA KETTLEWELL & PIGNATELLI LLP
10 High Street, Suite 505
Boston, MA 02110
(617) 351-9091
lizzie.pignatelli@skpboston.com
sara.silva@skpboston.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Court's CM/ECF system on November 2, 2026, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Jeffrey G. Ho*